ACCEPTED
04-15-00670-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/1/2015 1:44:36 PM
KEITH HOTTLE
CLERK

# The Cichowski Law Firm, P.C.

MARK STEPHEN CICHOWSKI
BOARD CERTIFIED- PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*OF **COUNSEL**
**DAVIS LAW FIRM**

December 1, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

12/1/2015 1:44:36 PM

KEITH E. HOTTLE
Clerk

Keith E. Hottle, Clerk
Court of Appeals
Fourth District of Texas
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:     Court of Appeals Number: 04-15-00670-CV
        Trial Court Case Number: 2015-CI-13493
        In the Interest of J.P.L., a Child

Dear Mr. Hottle:

Please accept this correspondence as my official notification that I will be on vacation on the following dates:

**December 17, 2015 – December 28, 2015**

Therefore, during said dates, I will be unavailable for hearings, trials and settings. Please do not set any matter before Court during those dates which would require my attendance.

Your assistance and cooperation is greatly appreciated. Should you have any questions or comments, please feel free to contact me.

Very truly yours,

Steve Cichowski

10500 HERITAGE BLVD, SUITE 102, SAN ANTONIO, TEXAS 78216 • TELEPHONE (210) 223.5299 FACSIMILE (210) 870.1521